UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sheila Iverson, Jack W. Simmer and
Sheri L. Simmer, Daniel R. Wiedewitsch
and Colleen R. Wiedewitsch, Pamela
Owens, Daniel D. Johannsen, Claudia
Nelimark and Arthur Peterson, Belinda N.
LeClair and Mark B. Leclair, Jeffrey
Robert Busch, and Leanne M. Block,

     Plaintiffs,

v.

Wells Fargo Bank, N.A.,
MERSCORP, Inc., Mortgage
Electronic Registration Systems, Inc.,
HSBC Bank USA, N.A., et al., and
Shapiro & Zielke, LLP

     Defendants.

Civil No. 11-2225  MJD/AJB

**ORDER ON DEFENDANTS'
MOTIONS TO DISMISS**

  William B. Butler, Esq., Butler Liberty Law, LLC, for the plaintiffs;

  Evan A. Fetters, Esq., Trista Roy, Esq., Michael J. Steinlage, Esq., and Charles F Webber, Esq., Faegre Baker Daniels LLP,  for defendants Wells Fargo Bank, N.A., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc., and HSBC Bank USA, N.A., and

  Kristine M. Spiegelberg Nelson, Esq., for defendant Shapiro & Zielke, LLP.


  Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated February 6, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

  1.  Defendant Shapiro & Zielke, LLP's Motion to Dismiss [Docket No. 28] is **granted**; and

    2. Bank Defendants' Motion to Dismiss Plaintiffs' Complaint [Docket No. 36] is **granted**.

Dated: <u>February 24, 2012</u>

                                      <u>s/Michael J. Davis</u>
                                      Michael J. Davis
                                      U.S. District Court Chief Judge